## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

RDM Group and                                              :
Zom Construction Company,                  :
                                 Appellants    :
                                                           :
                        v.                            :
                                                           :
Pittston Township Zoning Hearing        :
Board and Pittston Township               :                    No. 1081 C.D. 2021


**PER CURIAM**                          **O R D E R**

      NOW, April 8, 2024, having considered Appellees' application for reargument and Appellants' answer in response thereto, the application is DENIED.